

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00009-CV

**FREDRICK-MARSHAL VAN HORN,**

                                                                    **Appellant**

**v.**

**STATE OF TEXAS/ELLIS COUNTY,**

                                                                    **Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 97022

## O R D E R

The relief requested in the document filed on February 14, 2018 titled "Peoples Response to The Tenth Court of Appeals & Trial Court Fraud, the Gov' & its counsel' many corrupt, fraudulent, & downright criminal acts etc." is Denied.[1]

                                                    PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion Denied
Order issued and filed February 28, 2018



---

[1] The document might be considered a motion for rehearing but is not titled as such.